# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 11, 2016

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Lito Martinez Asignacion
v. Rickmers Genoa Schiffahrtsgesellschaft mbH & Cie KG
No. 15-305
(Your No. 14-30132)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of International Transport Workers' Federation and Seafarers' Rights International for leave to file a brief as *amici curiae* is granted.  The motion of Global Maritime Ministries, Inc. of New Orleans, Louisiana, et al. for leave to file a brief as *amici curiae* is granted.  The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris

**Scott S. Harris**, Clerk

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

January 12, 2016

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 14-30132   Lito Asignacion v. Rickmers Genoa  
                         USDC No. 2:13-CV-607  
                         USDC No. 2:13-CV-2409

Dear Mr. Blevins,

Enclosed is a copy of the Supreme Court order denying certiorari.

                                     Sincerely,

                                       LYLE W. CAYCE, Clerk

By: _____  
Lisa G. Landry, Deputy Clerk  
504-310-7649